Same case below, 415 Fed. Appx. 512.

**No. 11M11. Florencio P. Vallejo, Petitioner v. Derral G. Adams, Warden.**

565 U.S. 808, 132 S. Ct. 78, 181 L. Ed. 2d 11, 2011 U.S. LEXIS 6716.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 11M12. Robert Benning Balthrope, II, Petitioner v. Sacramento County Department of Health and Human Services, et al.**

565 U.S. 808, 132 S. Ct. 78, 181 L. Ed. 2d 11, 2011 U.S. LEXIS 6742.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 398 Fed. Appx. 285.

**No. 11M13. Michael Wigren, Petitioner v. United States.**

565 U.S. 809, 132 S. Ct. 79, 181 L. Ed. 2d 11, 2011 U.S. LEXIS 6755.

October 3, 2011. Motion for leave to file a petition for writ of certiorari with the supplemental appendix under seal granted.

Same case below, 641 F.3d 944.

**No. 11M14. Jose Hilario Pascual, Petitioner v. United States.**

565 U.S. 809, 132 S. Ct. 78, 181 L. Ed. 2d 11, 2011 U.S. LEXIS 6611.

October 3, 2011. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

**No. 11M15. Ervin Junius Thornton, II, Petitioner v. United States.**

565 U.S. 808, 132 S. Ct. 78, 181 L. Ed. 2d 11, 2011 U.S. LEXIS 6821.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 11M16. Janet A. Adams, Petitioner v. Judith A. Goldsmith.**

565 U.S. 808, 132 S. Ct. 78, 181 L. Ed. 2d 11, 2011 U.S. LEXIS 6894.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 48 So. 3d 835.

**No. 11M17. David Lynd, Petitioner v. McDonald's Corporation.**

565 U.S. 808, 132 S. Ct. 78, 181 L. Ed. 2d 11, 2011 U.S. LEXIS 6873.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 420 Fed. Appx. 348.

**No. 11M18. Brian Roberts, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 808, 132 S. Ct. 78, 181 L. Ed. 2d 11, 2011 U.S. LEXIS 6928.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.